IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COLONY INSURANCE COMPANY                                              PLAINTIFF

v.                              Case No. 4:14-cv-04108

STEPHANIE REYNOLDS and SEAN LINDBERG                                 DEFENDANTS

# JUDGMENT

Before the Court is a Stipulation of Dismissal. (ECF No. 30). The parties have informed the Court that they have settled this case, and the stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment. The court retains jurisdiction to vacate this order and reopen this action to enforce the terms of the settlement agreement.

Dated this 30th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge